[No. 5727-5-III. Division Three. September 13, 1983.]

LARY DANIELS, ET AL, *Respondents,* v. MID-COLUMBIA VETERINARY CLINIC, INC., P.S., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 82-2-01299-5, Albert J. Yencopal, J., entered March 7, 1983. *Affirmed* by unpublished opinion per Edgerton, J. Pro Tem., concurred in by Munson, C.J., and McInturff, J.

[No. 4934-5-III. Division Three. September 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GENE RAYMOND TITUS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81-1-00306-4, Fred R. Staples, J., entered December 2, 1981. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Roe and Green, JJ.

[No. 5402-7-II. Division Two. September 14, 1983.]

POTELCO, INC., *Appellant,* v. INTERNATIONAL HARVESTER COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 268448, Robert A. Jacques, J., entered February 27, 1981. *Affirmed in part* and *reversed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.